UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JOHN T. PERGERSON JR., | CV No.:  3:20-cv-01248-MK |
| Plaintiff, | ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| COMMISSIONER SOCIAL SECURITY, | |
| Defendant. | |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $7,816.65 for attorney fees pursuant to 42 U.S.C. § 406(b). The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. § 406(d) and pay Plaintiff's counsel the balance.

IT IS SO ORDERED this 3rd day of December 2021.

s/ Mustafa T. Kasubhai
 MUSTAFA T. KASUBHAI
United States Magistrate Judge

PRESENTED BY:
Robyn M. Rebers OSB#034309
Attorney for Plaintiff
503-871-8890

Order for EAJA Fees                                                         3:20-CV-01248-MK